UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON


RANDY LEON TAYLOR,

    Movant

v.                             CIVIL ACTION NO. 2:02-0520
                              (Criminal No. 2:00-00253)

UNITED STATES OF AMERICA,

    Respondent


JUDGMENT ORDER

In accordance with the companion order this day entered, it is ORDERED and ADJUDGED that movant's motion pursuant to 28 U.S.C. § 2255 be, and it hereby is, denied. It is further ORDERED that this action be, and it hereby is, dismissed and stricken from the docket.

Pursuant to Federal Rule of Appellate Procedure 4(a)(1)(B), movant shall have sixty days after the date of entry of this decree in which to appeal. The failure within that period to file with the Clerk of this court a notice of appeal of this Judgment will render the memorandum opinion and order and this Judgment final and unappealable.

The Clerk is directed to forward copies of this order to the movant, all counsel of record, and the United States Magistrate Judge.

DATED: February 21, 2006

John T. Copenhaver, Jr.
United States District Judge